NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES ROY HAYNES,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-4121
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____    )

Opinion filed September 4, 2019.

Appeal from the Circuit Court for Polk
County; Andrea Smith, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Lara E. Breslow,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

            Affirmed.

MORRIS, BLACK, and BADALAMENTI, JJ., Concur.